```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL - STATE BAR #50246
220 Montgomery Street, Suite 303
San Francisco, California 94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SAN FRANCISCO CHRYSLER JEEP, INC., etc., <br><br> Defendant. | NO. C 09 0467 JL <br><br> JUDGMENT PURSUANT TO STIPULATION |

It appearing that Plaintiffs BOARD OF TRUSTEES AUTOMOTIVE INDUSTRIES WELFARE FUND, AUTOMOTIVE INDUSTRIES PENSION FUND; JIM BENO, TRUSTEE, and defendant, SRT AUTOMOTIVE, INC., a California corporation, doing business as SAN FRANCISCO CHRYSLER JEEP, and erroneously named herein as SAN FRANCISCO CHRYSLER JEEP, INC., a California corporation have entered into a stipulation which provides for judgment against defendant in the amount of  $20,047.95;

IT IS HEREBY ORDERED AND ADJUDGED that plaintiffs BOARD OF TRUSTEES AUTOMOTIVE INDUSTRIES WELFARE FUND, AUTOMOTIVE INDUSTRIES PENSION FUND; JIM BENO, TRUSTEE, have and recover judgment against SRT AUTOMOTIVE, INC., a California corporation, doing business as SAN FRANCISCO CHRYSLER JEEP, and erroneously named herein as SAN FRANCISCO

<u>JUDGMENT PURSUANT TO STIPULATION</u>                                1

CHRYSLER JEEP, INC., a California corporation, in the amount of $20,047.95, which amount is composed of the following:

    a. The balance of contributions due for the months of November and December 2008 in the amount of $15,654.00;

    b. Liquidated damages for the months of November and December 2008 in the amount of $3,130.80;

    c. Interest due pursuant to contract in the amount of $913.15; and

    d. Costs of suit incurred in this matter in the amount of $350.00.

Dated: 7/29/09

                                    Honorable Magistrate Judge James Larson