```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al.<br><br>        Plaintiffs,<br>    vs.<br>SAN FRANCISCO CHRYSLER JEEP, doing business as SF CJ GEM, INC., a California corporation<br><br>        Defendant. | NO. C 09 0467 JL<br><br>ORDER OF EXAMINATION |

To:  Robert Garusso, President of the Judgment Debtor
     San Francisco Chrysler Jeep.,
     36 Chilton Aveue
     San Carlos, CA 94070

You the above named judgment debtor ARE HEREBY ORDERED to appear personally on November 4, 2009 at 9:30 a.m. at <u>450 Golden Gate Avenue, San Francisco, CA , 94102</u> Conference Room F, 15th Floor, before the Magistrate Judge James Larson then and there to be examined on oath concerning your property or other matters material to the proceedings.

ORDER OF EXAMINATION                    1

You are ordered to bring with you the following documents:

1. The corporation's bylaws, share register and minute book;

2. Title documents to all equipment and vehicles of debtor;

3. All lists and schedules of rented, leased and owned equipment of debtor;

4. Copies of all real property and personal property leases wherein debtor is a party;

5. Copies of all tax bills, deeds, contracts, deeds of trust or deposit receipts relating to all real and personal property in which any interest is held;

6. Annual Financial Statements for 2009 and all monthly financial statements for the same period;

7. Federal tax returns for the last three years;

8. All bank statements, deposit slips and canceled checks for all accounts for 2009;

9. The last tax return filed with the Franchise Tax Board;

10. All accounts receivable lists generated by the Company for 2008;

11. Cash Disbursement Journals for 2009;

12. All documents related to any loans to debtor or by debtor by any present or former shareholders, officers or employees of debtor;

13. All documents related to any completed, pending or failed sale of substantially all corporate assets during the last three years.

14. All personal guarantees made by any officer, agent or shareholder for the benefit of debtor.

1       NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE
2 TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
3 AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
4 REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
5 JUDGMENT CREDITOR IN THIS PROCEEDING.

6 Dated: 9/22/09

7                                    /s/ James Larson
                      Magistrate Judge James Larson

ORDER OF EXAMINATION          3