LAW OFFICES OF
# ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 303
SAN FRANCISCO, CALIFORNIA 94104
PHONE: (415) 392-5431  FAX: (415) 392-1978

MORSE ERSKINE (1895-1968)
J. BENTON TULLEY (1908-1974)



October 28, 2009

Magistrate Judge James Larson
United States District Court
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, California 94102-3483

Re: Board of Trustees of the Automotive Industries, et al.
vs. San Francisco Chrysler Jeep, etc.
United States District Court, Action No. C 09 0467 JL

Dear Magistrate Larson:

This case is set for an Order of Examination on November 4, 2009.

We have not been able to serve the defendant.

We request that the Order of Examination be taken off calendar.

Yours very truly,

/s/Michael J. Carroll

Michael J. Carroll

MJC/se